# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **PATRICIA BURNS,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-31 (MTT) ) |
| **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

Because it improperly removed this action, Burlington Coat Factory Warehouse Corporation has moved to remand this case to the State Court of Bibb County. Specifically, Burlington's removal petition insufficiently alleged the citizenship of Kellermeyer Bergensons Services, LLC, and, in any event, Burlington did not obtain Kellermeyer's consent to remove. Docs. 1; 9 at 1. Further, according to the motion to remand, Georgia residents were added to the action before Burlington filed its removal petition. Doc. 9 at 1. Accordingly, Burlington's motion for remand (Doc. 9) is **GRANTED**, and this case is **REMANDED** to the State Court of Bibb County. The Clerk shall provide the Clerk of Court of the State Court of Bibb County with a copy of this Order.

**SO ORDERED**, this 18th day of April, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT