IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PATRICIA BURNS,                               *

                 Plaintiff,          *

v.                                                                    Case No.   5:19-cv-31-MTT
                                        *

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION, et al,      *

                 Defendants.       *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 18, 2019, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 18th day of April, 2019.

David W. Bunt, Clerk


s/ Gail G. Sellers, Deputy Clerk