UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
115 East Hancock Avenue

ATHENS , GEORGIA 30601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

April 18, 2019

Clerk of State Court
Bibb County, Georgia
PO Box 5086
Macon, GA 31213-7199

RE:  Burns v. Burlington Coat Factory Warehouse Corporation, et al
     State Court Case No.: 18-SCCV-089455
     U.S. District Court Case No. 5:19-cv-31-MTT

Dear Clerk:

Please find enclosed certified copies of the Order and Judgment remanding the-above-referenced case to the State Court of Bibb County.

Sincerely,

G. Sellers
Case Administrator

Enclosures
cc:  All Counsel of Record (electronically via CM/ECF)